# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy Cobb,<br><br>          Plaintiff,<br>v.<br><br>Cavalry Portfolio Services LLC, John Doe #1, John Doe #2, John Doe #3, Jane Doe #4, and John Doe #5.<br><br>          Defendants. | Civil No.: 11-CV-03478 MJD/AJB<br><br>**ORDER** |

The Notice of Voluntary Dismissal, having been presented to the Court on behalf of Plaintiff, (Doc. No. 2), **IT IS ORDERED** that the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, and without costs, disbursements or attorney fees to any party.

                                                                **BY THE COURT**


Dated: January 19, 2012          s/Michael J. Davis
                                 The Honorable Michael J. Davis
                                 Chief U.S. District Judge
                                 United States District of Minnesota